UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>VCP INTERNATIONAL INC., et al.,<br><br>    Defendants. | Case No.  16-cv-00335-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled. Dkt. No. 24. Consequently, the Court vacates all pretrial deadlines, including the case management conference set for June 29, 2016, and dismisses this case without prejudice. If any party certifies to the Court by October 3, 2016 that the agreed consideration for the settlement of this action has not been delivered, this order will be vacated and the case will be set for a case management conference. If no certification is filed, the dismissal will be with prejudice after October 3, 2016.

**IT IS SO ORDERED.**

Dated: June 23, 2016

_____
JAMES DONATO
United States District Judge